■ In the Matter of WASTE MANAGEMENT OF NEW YORK, LLC, et al., Appellants, v TOWN OF ALBION et al., Respondents. [821 NYS2d 544]—Appeals from a judgment of the Supreme Court, Orleans County (Michael E. Hudson, A.J.), entered May 13, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is affirmed without costs.

All concur, Pine, J., not participating. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.

■ In the Matter of SOUTHSIDE ACADEMY CHARTER SCHOOL et al., Appellants, v CITY OF SYRACUSE et al., Respondents. (Appeal No. 1.) [821 NYS2d 529]—Appeal from a judgment of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered July 7, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Southside Academy Charter School v City of Syracuse* (32 AD3d 1295 [2006]). Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.